PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIK D. MENDOZA-CONTRERAS,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:22-CR-00074-JLT-SKO<br><br>STIPULATION VACATING TRIAL DATE AND SETTING CHANGE OF PLEA HEARING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel, hereby stipulate as follows:

1.　By previous order, this matter was set for trial on July 9, 2024.

2.　By this stipulation, defendant now moves to vacate the jury trial and set a change of plea on June 24, 2024. No time exclusion is necessary as time was previously excluded through July 9, 2024, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3.　Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated:  May 9, 2024                                        PHILLIP A. TALBERT
                                                           United States Attorney

                                                           /s/ *Antonio J. Pataca*
                                                           ANTONIO J. PATACA
                                                           Assistant United States Attorney


Dated:  May 9, 2024                                        /s/ *Nicholas Reyes*
                                                           NICHOLAS REYES
                                                           Counsel for Defendant
                                                           Erik D. Mendoza-Contreras

## FINDINGS AND ORDER

IT IS SO ORDERED.

   Dated:   **May 13, 2024**

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE