MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ERIK D. MENDOZA-CONTRERAS,<br><br>           Defendant. | CASE NO. 1:22-CR-00074-JLT-SKO<br><br>STIPULATION SETTING CHANGE OF PLEA HEARING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel, hereby stipulate as follows:

1. By previous order, this matter was set for trial on April 8, 2025.

2. By this stipulation, defendant now moves to vacate the trial and set a change of plea on March 31, 2025. Time has already been excluded under the Speedy Trial Act through and including April 8, 2025.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 20, 2025                      MICHELE BECKWITH
                                              Acting United States Attorney


                                              /s/ *Antonio J. Pataca*
                                              ANTONIO J. PATACA
                                              Assistant United States Attorney


Dated: February 20, 2025                      /s/ *Nicholas Reyes*
                                              NICHOLAS REYES
                                              Counsel for Defendant
                                              Erik D. Mendoza-Contreras


**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **February 20, 2025**

UNITED STATES DISTRICT JUDGE